## ATTACHMENT A

Person to be Searched:



**Darnell RISPER**

D.O.B: XX/XX/1993[1]

Black Male;

Height: 5'6"; Weight: 150lb;

Brown Hair, Hazel Eyes

Currently in custody at the Newaygo County Jail.

---

[1] The full date of birth is known to me, but I have not included it here because it contains personally identifiable information.