## ATTACHMENT B

Particular Things to be Seized

DNA sample from Darnell Donte RISPER in the form of saliva and buccal cells on oral swabs.  The oral swabs will be collected from the inside cheek portion of the mouth and lip in a manner to sufficiently collect buccal cells pursuant to the standard practices and procedures employed by the ATF for DNA testing.